## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEAN FERULLO | : | No. 552 MAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| MARINE M. PONENTE SR. AND JUDE ENTERPRISES, INC. | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: MARINE M. PONENTE SR. | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2018, the Petition for Allowance of Appeal is **DENIED** and Respondent's Motion to Quash is dismissed.